# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## JUDGMENT RENDERED AUGUST 30, 2013

### NO. 03-13-00361-CV

**EID Corporation, a Texas Corporation, and
Mohammed S. Alhajeid, Individually, Appellants**

**v.**

**The State of Texas; The City of Fort Worth, Texas;
The Transit Authority of Fort Worth, MTA Texas, et al., Appellees**

### APPEAL FROM 419TH DISTRICT COURT OF TRAVIS COUNTY
### BEFORE JUSTICES PURYEAR, ROSE AND GOODWIN
### DISMISSED FOR WANT OF PROSECUTION -- OPINION BY JUSTICE ROSE

**IT APPEARING** to this Court that the appellants have failed to pay or make arrangements to pay for a clerk's record and, accordingly, have failed to prosecute the appeal: **IT IS THEREFORE ORDERED** that the appeal is dismissed for want of prosecution. **IT IS FURTHER** ordered that the appellants pay all costs relating to this appeal both in this Court and the court below; and that this decision be certified below for observance.